Rel: November 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2024-0774

Patricia Lynn Danley Weigart v. Ronald Morton, Steven Davis, Anita Davis, Derek Wade Boatwright, Kyle Gean, Ashley Gean, and GCH Properties, LLC (Appeal from Lauderdale Circuit Court: CV-21-900303).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Bryan, Mendheim, and McCool, JJ., concur.